UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN L. DAVIS,

          Plaintiff,

    v.

LARRY, et al.,

          Defendants.

Case No.  25-cv-10630-RS

**ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS**

    This matter is before the court on the recommendation of the previously assigned magistrate judge that the complaint of pro se plaintiff John L. Davis be dismissed without leave to amend and that Davis' motion for "Federal Injunctions Actions," be denied as moot. Prior to recommending dismissal, the magistrate judge identified issues with the original complaint, and gave Davis leave to amend. The Report and Recommendation for dismissal explains why the amended complaint is subject to dismissal as frivolous and failing to state a claim, and why the request for preliminary relief is without merit. Davis filed no response to the Report and Recommendation, and his time for doing so has expired. The Report and Recommendation is adopted in full. The complaint is dismissed with prejudice, and the Clerk is directed to close the file.

United States District Court
Northern District of California

**IT IS SO ORDERED**.

Dated: March 5, 2026

_____
RICHARD SEEBORG
Chief United States District Judge

United States District Court
Northern District of California

CASE NO. 25-cv-10630-RS

2